UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 22-409 JGB (KKx)** | Date | December 7, 2022 |
|---|---|---|---|
| Title | *Theresa Brooke v. American Koyu Hotels LLC* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:**    Order to Show Cause (IN CHAMBERS)

On March 8, 2022, Plaintiff Theresa Brooke ("Plaintiff") filed a first amended complaint against Defendant Reno Motel Investments Inc. ("Defendant"). ("FAC," Dkt. No. 9.) The FAC asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and a claim for damages pursuant to California's Unruh Civil Rights Act ("Unruh Act"). (See FAC.)

On April 19, 2020, the Honorable Judge James V. Selna entered an order declaring Plaintiff's lawyer, Peter Strojnik ("Strojnik"), a vexatious litigant. Strojnik v. SCG Am. Constr. Inc., 2020 WL 4258814, at *8 (C.D. Cal. Apr. 19, 2020). Judge Selna enjoined Strojnik from filing any civil action alleging a cause of action for violation of the ADA in the Central District of California "without first obtaining certification from the Chief Judge of the District Court that his claims are not frivolous or asserted for any improper purpose." Id. Accordingly, the Court orders Strojnik to show cause in writing whether he has obtained certification from the Chief Judge of the Central District or whether Judge Selna's order has been lifted.

Failure to timely or adequately respond to this OSC may, without further warning, result in the dismissal of the entire action with prejudice. Plaintiff shall file a response to this OSC no later than **Monday, December 19, 2022**.

**IT IS SO ORDERED.**